FILED

03/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0575

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 23-0575

RIKKI HELD, et al.,

*Plaintiffs / Appellees*

v.

STATE OF MONTANA, et al.,

*Defendants / Appellants*

## ORDER GRANTING PLAINTIFFS'/APPELLEES' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH ANSWER BRIEF

Upon consideration of Plaintiffs/Appellees' Unopposed Motion for Leave to File Overlength Answer Brief, and good cause appearing, IT IS HEREBY ORDERED that Appellees' motion is GRANTED. Appellees are hereby permitted to file an answer brief not to exceed 17,500 words.

## ELECTRONICALLY SIGNED AND DATED BELOW

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 8 2024